DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NASRIN GHALYAIE, M.D.,
individually and on behalf of C.C. and
A.C., minor children,

Appellant,

v.

RONALD SCOTT CHAMBERLAIN, M.D.,

Appellee.

No. 2D2025-2627

_____

May 20, 2026

Appeal from the Circuit Court for Pasco County; Dustin Anderson, Judge.

Thomas Burns of Burns, P.A., Tampa, for Appellant.

Mark F. Baseman of Felix & Baseman, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.